LEDERMAN ABRAHAMS & LEDERMAN, LLP
Attorneys for the
JOREMI ENTERPRISES, INC.,
ZEV COHEN & ASSOCIATES, INC., QUALIFIED
RETIREMENT PLAN,
COHEN PROPERTIES OF CENTRAL FLORIDA, LTD.
ZEV COHEN AND GAIL COHEN, TENANTS
BY THE ENTIRETY,
567 Broadway
Massapequa, NY 11758
Tele: (516) 541-8900
Fax: (516) 541-9232
E-Mail: Ledermanb@Verizon.Net

Bruce H. Lederman (BL- 5758)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE NEW 118TH LLC, ET AL.,                 CHAPTER 11
                                                   CASE NO. 07-12333(SMB)
                                                   JOINTLY ADMINISTERED

-------------------------------------------------------------X
JOREMI ENTERPRISES, INC.,
ZEV COHEN & ASSOCIATES, INC., QUALIFIED
RETIREMENT PLAN,
COHEN PROPERTIES OF CENTRAL FLORIDA, LTD.
ZEV COHEN AND GAIL COHEN, TENANTS
BY THE ENTIRETY,
INDIVIDUALLY AND ON BEHALF OF ALL THOSE
INVESTORS IN MORTGAGES ORIGINATED
BY THE KINGSLAND GROUP, INC., ON
16 PROPERTIES IN MANHATTAN,

                        Plaintiff(s),

            -against-

NEW 118TH, LLC, HWJ 152 CORP., KG 179 CORP.
KG AUDUBON INC., MDI 176 CORP.
72 PINEHURST CORP., MDI 168 CORP.,
MDI 507/559 LLC, KGP 180 LLC,
MDI 234-236 LLC, MIDD 159TH LLC.,
KG 184TH LLC, MDI 190 LLC, MDI 188 LLC,
MDI 515 LLC, KGP 520 LLC,

North Fork Bank, Washington
Mutual Bank, Dominion Financial Corp.,
Israel Discount Bank,
Intervest Mortgage Corporation,
Intervest National Bank
THE CITY OF NEW YORK, THE STATE OF NEW YORK,
MICHAEL HERSHKOWITZ,
IVY TURK a/k/a IVY WOOLF-TURK.,
ROBERT LOBEL., THE KINGSLAND GROUP, INC.,
And JOHN DOES 1 THROUGH JOHN DOES 50,
said names being fictitious and intended to designate
those persons or unknown persons or entities who       :
have claims under the Real Property being foreclosed
herein,

-----------------------------------------------------------------X

## DISCLOSURE REQUIRED BY FED.R.CIV.P. RULE 7.1

    Pursuant to Fed.R.Civ.P. Rule 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JOREMI ENTERPRISES, INC.,
ZEV COHEN & ASSOCIATES, INC., QUALIFIED RETIREMENT PLAN, COHEN PROPERTIES OF CENTRAL FLORIDA, LTD. ZEV COHEN AND GAIL COHEN, TENANTS a private non-governmental party, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.
Dated:  Massapequa, New York

    October 4, 2007

LEDERMAN ABRAHAMS & LEDERMAN, LLP
Attorneys for the State Court Plaintiffs
JOREMI ENTERPRISES, INC.,
ZEV COHEN & ASSOCIATES, INC., QUALIFIED
RETIREMENT PLAN,
COHEN PROPERTIES OF CENTRAL FLORIDA,
LTD., ZEV COHEN AND GAIL COHEN
567 Broadway
Massapequa, NY 11758
Tele: (516) 541-8900
Fax: (516) 541-9232
E-mail: Blederman@Verizon.Net

By: _____
Bruce H. Lederman (BL-5758)