# Open Adversary Case

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Cheng, Ka Kin entered on 10/18/2007 at 4:31 PM and filed on 10/18/2007

**Case Name:**        Joremi Enterprises, Inc. et al v. New 118th, LLC et al
**Case Number:**      07-03064-smb
**Document Number:** 1
**Case Name:**        New 118th LLC
**Case Number:**      07-12333-smb
**Document Number:** 102

**Docket Text:**
Adversary case 07-03064. Copy of Certified Order Transferring Case No. *07 CV 9244 (SAS)* from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y.. Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Bruce H. Lederman on behalf of Joremi Enterprises, Inc., Zev Cohen & Associates, Inc., Qualified Retirement Plan, Cohen Properties of Central Florida, Ltd., Zev Cohen, Gail Cohen. (Attachments: # (1) U.S. District Court Docket Sheet# (2) Notice of Removal# (3) Rule 7.1 Corporate Disclosure Statement) (Cheng, Ka Kin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** P:\A Temporary MDL Folder\07cv9244 Standing Order.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/18/2007] [FileNumber=6237834-0]
[374fdaa93a21577cc602eef7bf46a03c77bc97cf649698e8f497aa514b71653e14d1
efd1d13ae7c70ca611899c47eb16fd3c737de51f844f2a2ce2b60054e52c]]
**Document description:** U.S. District Court Docket Sheet
**Original filename:** P:\A Temporary MDL Folder\07cv9244 Docket Sheet.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/18/2007] [FileNumber=6237834-1]
[1851276ce2f7844243863eccc0995fcc582450598361f4066523d34a97c9e42439be
95df69a74ecc4a611de99bc47837e85b7550569d0a297f03eb5f2bb2bc4b]]
**Document description:** Notice of Removal
**Original filename:** P:\A Temporary MDL Folder\07cv9244 Notice of Removal.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/18/2007] [FileNumber=6237834-2]
[31e70ff9ad89065adb0168334f4bf2293bae83aa99d8f2957368cb8d136d6acb7e81
c4e04b7ca0b884b154c58c4a643ba392bd55c13ecc6938861bac806a6bd7]]
**Document description:** Rule 7.1 Corporate Disclosure Statement
**Original filename:** P:\A Temporary MDL Folder\07cv9244 Rule 7-1 Disclosure Statement.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/18/2007] [FileNumber=6237834-3]

[34179cafb58981fb2892accb980d8db7326edb9ac7fa8dd47c405c0198b91d7e6773
ec8ef6ed45379e5924752781dd462d88e06fa12cbaacb2a907db00ed0646]]
**Document description:** Main Document
**Original filename:** P:\A Temporary MDL Folder\07cv9244 Standing Order.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/18/2007] [FileNumber=6237835-0]
[22854ca37ad86e482e5982ff4b95d31404e043ccb301a670aa907d15310ca905cec2
b2805a49f51b757806f6384b69d3e9409176bc280bcf8e2887fe4082d9f4]]
**Document description:** U.S. District Court Docket Sheet
**Original filename:** P:\A Temporary MDL Folder\07cv9244 Docket Sheet.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/18/2007] [FileNumber=6237835-1]
[9e0622aefb26db0714bf87d57aa7a91024004e9b621b59c07763bf4b5ce16067cb36
f90cc482d6d68812429aa8669602c128f275b28f2b48bd1e4e003eb15af0]]
**Document description:** Notice of Removal
**Original filename:** P:\A Temporary MDL Folder\07cv9244 Notice of Removal.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/18/2007] [FileNumber=6237835-2]
[4e374e0482984888eee9c07eb6bdca8f23108b2fe1d782e2d5bb4961ff5ab5933957
9d6d6bbe0cf37a0c2461e60bc2ca1771b06ad25ffdf56e56a1fc22c84053]]
**Document description:** Rule 7.1 Corporate Disclosure Statement
**Original filename:** P:\A Temporary MDL Folder\07cv9244 Rule 7-1 Disclosure Statement.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/18/2007] [FileNumber=6237835-3]
[1b7cf38512b6b849b5c224fe8855a8983269be8e4ac7ccd1ae69a0c21a278e43e572
d599515e933a98740607b572812ecc8465a6777cfc6e75f2f5e2b51e97d6]]

**07-03064-smb Notice will be electronically mailed to:**

Bruce H. Lederman     ledermanb@verizon.net

**07-03064-smb Notice will not be electronically mailed to:**

72 Pinehurst Corp.
160 East 56th Street
5th Floor
New York, NY 10022

Dominion Financial Corp.
,

HWJ 152 Corp.
, NY

Michael Hershkowitz
,

Intervest Mortgage Corporation
,

Intervest National Bank

,

Israel Discount Bank

,

John Does 1 through John Does 50

,

KG 179 Corp.
160 East 56th Street
5th Floor
New York, NY 10022

KG 184th LLC

,

KG Audubon Inc.

,

KGP 180 LLC

,

KGP 520 LLC

,

Robert Lobel

,

MDI 168 Corp.

,

MDI 176 Corp.

,

MDI 188 LLC

,

MDI 190 LLC

,

MDI 234-236 LLC

,

MDI 507/559 LLC

,

MDI 515 LLC

,

MIDD 159th LLC

,

New 118th, LLC
,

North Fork Bank
,

The City of New York
,

The Kingsland Group, Inc.
,

The State of New York
,

Ivy Turk
,

Washington Mutual Bank
,

**07-12333-smb Notice will be electronically mailed to:**

Harold S. Berzow    hberzow@rmfpc.com

Joseph Corneau    jcorneau@klestadt.com

Antonia M. Donohue    adonohue@jshllp.com, hmay@jshllp.com

Charles D. Golin    chasgolin@aol.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg    bklineberg@jshllp.com

Bruce H. Lederman    ledermanb@verizon.net

Allan B. Mendelsohn    amendelsohn@epitrustee.com, amendelsohn@zavatskylaw.com

Edward Smith    easmith@venable.com

Lee William Stremba    lee.stremba@troutmansanders.com, harriet.cohen@troutmansanders.com

Ronald M. Terenzi    r.terenzi@bhpp.com

Richard L. Wasserman    rlwasserman@venable.com, dmdierdorff@venable.com

**07-12333-smb Notice will not be electronically mailed to:**

Clerk's Office of the U.S. Bankruptcy Court

,

Richard L. Wasserman
Venable LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

Windels, Marx, Lane & Mittendorf, LLP
Attn: Alan Nisselson, Esq.
156 West 56th Street
New York, NY 10019

Greg M. Zipes
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004